OKWD Revised AO 442 (1/16/15)

# UNITED STATES DISTRICT COURT

11703579
2464-0808-1080-J

## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
v. ) Case Number: CR-24-309-JD
)
)
DAVID DEZORT JR )
)
*Defendant*

**RECEIVED**
**Aug 08 2024**
U.S. MARSHAL SERVICE
WESTERN DISTRICT OF OKLAHOMA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DAVID DEZORT JR,

who is accused of an offense or violation based on the following document filed with the court:

[✓] SEALED Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:
18:2252A(a)(1) TRANSPORTATION OF CHILD PORNOGRAPHY

Regan Popp, Deputy Clerk
Oklahoma City, Oklahoma



WARRANT ISSUED:
4:07 pm, Aug 07, 2024
JOAN KANE, CLERK

By: *[signature]*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____ ARRESTED ON: 8/12/2024
WITHIN THE W DISTRICT OF OK
BY: FBI

_____
*Arresting officer's signature*

_____
*Printed name and title*