IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-24-309-JD |
| ) | |
| DAVID DEZORT, JR., ) | Violations:   18 U.S.C. § 2252A(a)(5)(B) |
| ) | 18 U.S.C. § 2252A(b)(2) |
| ) | |
| Defendant. ) | |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

### COUNT 1
### (Possession of Material Containing Child Pornography)

Between on or about March 11, 2023, and on or about March 15, 2024, in the

Western District of Oklahoma,

-------------------------------------- **DAVID DEZORT, JR.,** --------------------------------------

knowingly possessed and accessed with intent to view material containing images of child

pornography, including images that involved a prepubescent minor, which had been

transported using a means or facility of interstate and foreign commerce, and that were

produced using material that had been transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

ROBERT J. TROESTER
United States Attorney

BRANDON HALE
Assistant U.S. Attorney

2