# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: CR-24-309-JD

Charging Document: **SS Information**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐  Summons ☐  Notice ☑  N ☑

Companion Case No. (if any): _____

By: **lg**

## DEFENDANT INFORMATION:

| Name: **David Dezort, Jr.** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1988   SSN: 4416 | Race: White   Interpreter: Y ☐ N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

## DEFENDANT STATUS/RECOMMENDATION:  |  PRIOR MAGISTRATE JUDGE PROCEEDINGS:

☑ Not in Custody  ☐ Detention Requested

☑ Type of Bond: Unsecured

☐ In Custody at: _____

Inmate/Prisoner/Register No.: _____

Complaint: Y ☐  N ☑

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐  N ☑

## ATTORNEY/AGENCY INFORMATION:

☑ Public Defender  
☐ CJA Panel  
☐ Retained

Name: J.P. Hill  
Address: 215 Dean A. McGee, Suite 109, Oklahoma City, Oklahoma 73102  
Phone: (405) 609-5941

AUSA: Brandon Hale  
Agent/Agency: /FBI  
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2) | Possession of Material Containing Child Pornography | NMT 20 years imprisonment; NMT $250,000.00 fine, o/b; NMT $17,000.00 assessment (18 U.S.C. § 2259A); $100.00 S/A (18 U.S.C. § 3013); NMT $5,000.00 S/A (18 U.S.C. § 3014); NLT 5 years and up to life S/R; registration as a sex offender under SORNA; and restitution |

Signature of AUSA: s/Brandon Hale   Date: 10/21/2024